IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Taylor, Joe | Case Number: 04 B 41847 |
|---|---|---|
| | Taylor, Lizzie | Judge: Goldgar, A. Benjamin |
| | Printed: 7/15/08 | Filed: 11/10/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: May 22, 2008
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 82,120.87 | |
| Secured: | | 74,826.38 |
| Unsecured: | | 1,090.75 |
| Priority: | | 0.00 |
| Administrative: | | 1,405.20 |
| Trustee Fee: | | 4,150.27 |
| Other Funds: | | 648.27 |
| Totals: | 82,120.87 | 82,120.87 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,405.20 | 1,405.20 |
| 2. | Village of Maywood | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 33,826.38 | 33,826.38 |
| 5. | Select Portfolio Servicing | Secured | 41,000.00 | 41,000.00 |
| 6. | Arrow Financial Services | Unsecured | 734.32 | 734.32 |
| 7. | ECast Settlement Corp | Unsecured | 356.43 | 356.43 |
| | | | $ 77,322.33 | $ 77,322.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 202.85 |
| 4% | 404.77 |
| 3% | 185.76 |
| 5.5% | 999.90 |
| 5% | 292.21 |
| 4.8% | 576.56 |
| 5.4% | 1,488.22 |
| | $ 4,150.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Taylor, Joe  
　　　　　Taylor, Lizzie  
　　　　　Printed:  7/15/08

Case Number:  04 B 41847  
Judge:  Goldgar, A. Benjamin  
Filed:  11/10/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　　　　　　　　Marilyn O. Marshall, Trustee, by:

